**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:25-cv-80240-RLR**

NELSON FERNANDEZ,

    Plaintiff,

v.

LOCH BAR BOCA, LLC,
d/b/a LOCH BAR, a Florida limited
liability company,

    Defendants.
_____/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, Nelson Fernandez ("Plaintiff") and Defendant, Loch Bar, LLC, d/b/a Loch Bar ("Defendant") (Plaintiff and Defendant are collectively referred to as the "Parties"), hereby notify the Court that the Parties have reached an agreement that resolves all claims that were or could have been brought in this action and have executed a Settlement Agreement. The Parties request that the Court stay all matters and pending deadlines in this Action and grant the Parties thirty (30) days to finalize the settlement and to submit the appropriate notices and/or stipulations to the Court regarding dismissal of the Action.

Jointly submitted this 26th day of March, 2025.

**RODERICK V. HANNAH, ESQ., P.A.**
*Co-Counsel for Plaintiff*
4800 N. Hiatus Road
Sunrise, FL 33351
Telephone: (954) 362-3800
Facsimile: (954) 362-3779

By:   */s/ Roderick V. Hannah*
      Roderick V. Hannah, FBN 435384
      rhannah@rhannahlaw.com

**GRAYROBINSON, P.A.**
*Counsel for Defendant*
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887

By: */s/ Anastasia Protopapadakis*
    Anastasia Protopapadakis, FBN 51426
    anastasia.protopapadakis@gray-robinson.com

**LAW OFFICES OF PELAYO DURAN, P.A.**
*Co-Counsel for Plaintiff*
4640 N.W. 7th Street
Miami, FL 33126
Telephone: (305) 266-9780
Facsimile: (305) 269-8311

By:   */s/ Pelayo M. Duran*
      Pelayo M. Duran, FBN 0146595
      duranandassociates@gmail.com