UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:25-cv-80240-RLR

NELSON FERNANDEZ,

    Plaintiff,

v.

LOCH BAR BOCA, LLC,
d/b/a LOCH BAR, a Florida limited
liability company,

    Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Nelson Fernandez ("Plaintiff") and Defendant, Loch Bar Boca, LLC, d/b/a Loch Bar ("Defendant") (Plaintiff and Defendant are collectively referred to as the "Parties"), hereby stipulate to the dismissal of this action with prejudice. Attorneys' fees and other recoverable costs and expenses, if any, shall be disbursed as specified by the Parties in their Agreement.

2

Jointly submitted this 25th day of April, 2025.

**RODERICK V. HANNAH, ESQ., P.A.**
*Co-Counsel for Plaintiff*
4800 N. Hiatus Road
Sunrise, FL 33351
Telephone: (954) 362-3800
Facsimile: (954) 362-3779


By:  */s/ Roderick V. Hannah*
       Roderick V. Hannah, FBN 435384
       rhannah@rhannahlaw.com

**LAW OFFICES OF PELAYO DURAN, P.A.**
*Co-Counsel for Plaintiff*
6355 N.W. 36th Street, Suite 307
Virginia Gardens, FL 33166
Telephone: (305) 266-9780
Facsimile: (305) 269-8311


By:  */s/ Pelayo M. Duran*
       Pelayo M. Duran, FBN 0146595
       duranandassociates@gmail.com

**GRAYROBINSON, P.A.**
*Counsel for Defendant*
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887


By: */s/ Anastasia Protopapadakis*
       Anastasia Protopapadakis, FBN 51426
       anastasia.protopapadakis@gray-robinson.com